**LOCKS LAW FIRM, LLC**
James A. Barry, Esq. (Attorney No.: 027512008)
jbarry@lockslaw.com
801 N. Kings Highway
Cherry Hill, NJ 08034
Tel: 856.663.8200

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION**

| | |
|---|---|
| RASHAD DEBOSE,<br><br>    Plaintiff,<br><br>v.<br><br>DUN & BRADSTREET HOLDINGS, INC.,<br><br>    Defendant. | Case No. 2:22-cv-00209<br><br>**NOTICE OF MOTION FOR *PRO HAC VICE* ADMISSION OF RAINA C. BORRELLI** |

Pursuant to Local Rule 101.1(c), request is hereby made to admit attorney Raina C. Borrelli *pro hac vice* to represent Plaintiff Rashad DeBose in this matter. In support of this request, the following documents are submitted:

1. Declaration of New Jersey attorney James A. Barry;

2. Declaration of Raina C. Borrelli to be admitted *pro hac vice*;

3. Proposed Order; and

4. Certificate of Service.

Date:  February 3, 2022              Respectfully Submitted,

                                              */s/ James A. Barry*
                                              James A. Barry
                                              **LOCKS LAW FIRM, LLC**
                                              jbarry@lockslaw.com
                                              801 N. Kings Highway
                                              Cherry Hill, NJ 08034
                                              Tel: 856.663.8200