**LOCKS LAW FIRM, LLC**
James A. Barry, Esq. (Attorney No.: 027512008)
jbarry@lockslaw.com
801 N. Kings Highway
Cherry Hill, NJ 08034
Tel: 856.663.8200

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION**

| | |
|---|---|
| RASHAD DEBOSE,<br><br>   Plaintiff,<br><br>v.<br><br>DUN & BRADSTREET HOLDINGS, INC.,<br><br>   Defendant. | Case No. 2:22-cv-00209<br><br>**DECLARATION OF JAMES A. BARRY** |

I, James A. Barry, declare as follows:

1. I submit this declaration in support of Plaintiff's Rashad DeBose's application to admit Raina C. Borrelli *pro hac vice* to permit her to appear and participate in this action under Local Civil Rule 101.1(c). I have personal knowledge of the facts set forth herein.

2. I am a partner at Locks Law Firm, LLC, and am an attorney of record for Plaintiff in this matter. I am admitted to practice in this Court.

3. Ms. Borrelli is an attorney with the law firm of Turke & Strauss LLP. Plaintiff requests that she appear and participate in this action.

4. I will continue to serve as counsel of record in this action, and will file all papers, sign stipulations, and sign and receive payments on judgments, decrees, or orders.

5. For the reasons set forth herein and in the accompanying declarations of Ms. Borrelli, Plaintiff respectfully requests that she be admitted *pro hac vice* in this action. Pursuant to 28 U.S.C. § 1746, I declare that the foregoing is true.

Date:   <u>February 3, 2022</u>                    Respectfully Submitted,

                                                        */s/ James A. Barry*  
                                                        James A. Barry  
                                                        **LOCKS LAW FIRM, LLC**  
                                                        jbarry@lockslaw.com  
                                                        801 N. Kings Highway  
                                                        Cherry Hill, NJ 08034  
                                                        Tel: 856.663.8200