**LOCKS LAW FIRM, LLC**
James A. Barry, Esq. (Attorney No. 027512008)
801 N. Kings Highway
Cherry Hill, NJ 08034
(856)663-8200
jbarry@lockslaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| RASHAD DEBOSE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DUN & BRADSTREET HOLDINGS, INC.,<br><br>　　　　　Defendant. | Case No. 2:22-cv-00209<br><br>**CERTIFICATION OF RAINA C. BORRELLI IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

　　　　RAINA C. BORRELLI, of full age, hereby certifies as follows:

　　　　1.　　I am a member of Turke & Strauss LLP, 613 Williamson Street, Suite 201, Madison, WI 53703.

　　　　2.　　I am admitted to and a member in good standing of the bar of the State of Minnesota (admitted October 28, 2011), Minnesota Supreme Court, Lawyer Registration Office, 180 E 5th Street, Suite 950, St. Paul, Minnesota 55101, (651) 296-2254; The United States District Court for the District of Minnesota (admitted November 8, 2011), 300 South Fourth Street, Suite 202, Minneapolis, Minnesota 55415, (612) 664-5000; The United States District Court for the Eastern District of Wisconsin (admitted May 9, 2019), 517 E Wisconsin Ave., Room 362, Milwaukee, Wisconsin 53202, (414) 297-3372; The United States District Court for the Northern District of Illinois (admitted December 21, 2021), 219 South Dearborn Street, Chicago, Illinois 60604, (312) 435-5670; The United States District Court for the Eastern District of Michigan (admitted December 21, 2021), 231 W Lafayette Blvd., Room 599, Detroit,

Michigan 48226, (313) 234-5000; and the United States Court of Appeals for the Tenth Circuit (admitted March 4, 2021), 1823 Stout Street, Denver, Colorado 80257, (303) 844-3157.

3. I make this Certification in support of an application to appear and participate in the above-captioned matter *pro hac vice* on behalf of the Plaintiff, pursuant to Rule 101.1(c) of the Local Rules of the United States District Court for the District of New Jersey.

4. I am not under disbarment or suspension by any court and am not the object of any pending disciplinary proceedings in any jurisdiction.

5. I will conduct myself in accordance with the rules and regulations governing conduct of attorneys within the State of New Jersey and this Court. Specifically, I certify that I will abide by L. Civ. R. 101(c). I understand that if I am admitted *pro hac vice* that I will be within the disciplinary jurisdiction of the Court.

6. I understand that if I am admitted *pro hac vice*, I shall notify this Court immediately of any matter affecting my standing in any court to which I am admitted.

7. The firm of Locks Law Firm, LLC, of Cherry Hill, New Jersey will act as local counsel in the above-captioned matter.

8. I understand that all pleadings, briefs, and other papers filed with the Court shall be signed by an attorney of record authorized to practice in the Court.

9. Furthermore, I understand that no discovery, motion, trial, or other proceeding delay shall occur or be requested by my inability to be in attendance.

10. Pursuant to L. Civ. R. 101(c)(3), I will cause payment of $150 to be made to the Clerk of the Court in connection with this application.

11. Additionally, I will ensure that a contribution is made pursuant to New Jersey Court Rule 1:28-2(a) to the New Jersey Lawyers' Fund for Client Protection in connection with this application.

12. I respectfully request that the Court grant this application on behalf of the plaintiff to allow me to appear and participate *pro hac vice* in this matter.

I declare under penalty of perjury that the forgoing is true and correct. I am aware that if any of the forgoing statements made by me are willfully false, I am subject to punishment.

Dated: February 1, 2022
Eagan, Minnesota

                                    Respectfully submitted,

                        By: _____
                              Raina C. Borrelli
                              raina@turkestrauss.com
                              TURKE & STRAUSS LLP
                              613 Williamson St., Suite 201
                              Madison, Wisconsin 53703
                              Telephone: (608) 237-1775
                              Facsimile: (608) 509-4423