**LOCKS LAW FIRM, LLC**
James A. Barry, Esq. (Attorney No.: 027512008)
jbarry@lockslaw.com
801 N. Kings Highway
Cherry Hill, NJ 08034
Tel: 856.663.8200

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

| | |
|---|---|
| RASHAD DEBOSE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DUN & BRADSTREET HOLDINGS, INC.,<br><br>　　　　　Defendant. | Case No. 2:22-cv-00209<br><br>**[PROPOSED] ORDER ADMITTING RAINA C. BORRELLI *PRO HAC VICE*** |

**AND NOW**, the Locks Law Firm, LLC, counsel for Plaintiff listed above, upon notice to all interested parties, has moved before this Court for admission *pro hac vice* of Raina C. Borrelli; the Court having considered the papers in support thereof; and the Court having found that Raina C. Borrelli is a member in good standing of the bar of the State of Minnesota where she resides and principally practices law, as well as the bars of the District of Minnesota, Eastern District of Wisconsin, Northern District of Illinois, Eastern District of Michigan, and the United States Court of Appeals for the Tenth Circuit. She is not under suspension or disbarment by any court, there are no disciplinary proceedings pending against her, no discipline has been imposed against her by any court, and she shall be associated with the Locks Law Firm, LLC as local counsel,

　　　　IT IS ON THIS _____ day of _____, 2022,

　　　　**ORDERED** that Raina C. Borrelli of Turke & Strauss LLP is hereby admitted *pro hac vice* as counsel to Plaintiff in the above captioned action, and it is

2

**FURTHER ORDERED** that Raina C. Borrelli shall promptly make all required payments to the New Jersey Lawyer's Fund for Client protection as provided by New Jersey Court Rule 1:28-2(a), and that Raina C. Borrelli shall make payment for any subsequent year in which he remains admitted *pro hac vice* in the above-captioned action; and it is

**FURTHER ORDERED** that Raina C. Borrelli shall make payment in the amount of $150.00 to the Clerk of the United States District Court for the District of New Jersey as required by L. Civ. R. 101.1(c)(3).

 

_____
Judge Cathy L. Waldor, C.U.S.M.J.