**LOCKS LAW FIRM, LLC**
By:   James A. Barry, Esquire
          Attorney No.: 027512008
801 N. Kings Highway
Cherry Hill, NJ 08034
T: (856) 663-8200
E: jbarry@lockslaw.com
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

| | |
|---|---|
| RASHAD DEBOSE,<br><br>                Plaintiff,<br><br>     v.<br><br>DUN & BRADSTREET HOLDINGS, INC.,<br><br>                Defendant. | Case No. 2:22-cv-00209<br><br><br><br>**CERTIFICATE OF SERVICE** |

I, Chelsea E. Carulli, of full age do hereby certify that:

   1.   I am a paralegal with the Locks Law Firm, counsel for Plaintiffs.

   2.   On February 3, 2022, I electronically filed the foregoing Notice of Motion for Admission *Pro Hac Vice* of Raina C. Borrelli, Esquire with accompanying Declaration of Raina C. Borrelli, Esquire, Declaration of James A. Barry, Esquire and proposed form of Order via ECF.

   3.   On February 3, 2022, I served upon copies of foregoing Notice of Motion for Admission *Pro Hac Vice* of Raina C. Borrelli, Esquire with accompanying Declaration of Raina C. Borrelli, Esquire, Declaration of James A. Barry, Esquire and proposed form of Order via regular mail upon the following:

>DUN & BRADSTREET HOLDINGS, INC.
>101 JFK Parkway
>Short Hills, NJ 07078

   I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

1

2

Dated: February 3, 2022

*Chelsea E. Carulli*

Chelsea E. Carulli, Paralegal