RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 538-0800

Attorneys for Defendant
Dun & Bradstreet Holdings, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RASHAD DEBOSE,<br><br>                    Plaintiff,<br><br>vs.<br><br>DUN & BRADSTREET HOLDINGS, INC.,<br><br>                    Defendant. | Case No: 2:22-cv-00209-ES-CLW<br>Hon. Esther Salas, U.S.D.J.<br>Hon. Cathy L. Waldor, U.S.M.J.<br><br>**APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND PURSUANT TO L. CIV. R. 6.1(B)** |

Application is hereby made for a Clerk's Order extending the time within which Defendant Dun & Bradstreet Holdings, Inc. ("Defendant") may answer, move or otherwise respond to the Complaint and Jury Demand filed by Plaintiff, and it is represented that:

1. No previous extension has been obtained.

2. Defendant was served with the Summons and Complaint on January 24, 2022.

3. Time to answer, move or otherwise respond to the Complaint would otherwise expire on February 14, 2022. Fed. R. Civ. P. 12(a)(1)(A)(i).

4. With a fourteen (14) day extension, the time to answer, move or otherwise respond will expire on February 28, 2022. L. Civ. R. 6.1(b).

5. This extension application is made without waiving any defenses.

RIKER, DANZIG, SCHERER,<br>
  HYLAND & PERRETTI LLP

By: */s/ Michael R. O'Donnell*<br>
     Michael R. O'Donnell<br>
Headquarters Plaza<br>
One Speedwell Avenue<br>
Morristown, NJ 07962-1981<br>
Telephone: (973) 451-8476<br>
Fax: (973) 451-8700<br>
modonnell@riker.com

Attorneys for Defendant<br>
Dun & Bradstreet Holdings, Inc.

Dated: February 7, 2022

## **ORDER**

The above application is ORDERED granted and the time within which Defendant shall answer, move or otherwise respond is hereby extended to February 28, 2022.

William T. Walsh, Clerk<br>
United States District Court

Dated: _____   By: _____

2

## **CERTIFICATION OF SERVICE**

On February 7, 2022, I caused to be served via ECF and by first-class mail one (1) copy of Defendant's Application for an Extension of Time to Answer, Move or Otherwise Respond under L. Civ. R. 6.1(b) upon the following:

James A. Barry, Esq.
801 N. Kings Highway
Cherry Hill, NJ 08034

Sam Strauss, Esq.
Raina Borrelli, Esq.
Turke & Strauss LLP
613 Williamson Street, Suite 201
Madison, WI 53703

Benjamin R. Osborn, Esq.
102 Bergen Street
Brooklyn, NY 11201

Michael F. Ram, Esq.
Marie N. Appel, Esq.
Morgan & Morgan
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102

I certify that the foregoing statements made by me are true to the best of my information, knowledge and belief. I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.

*/s/ Michael R. O'Donnell*
Michael R. O'Donnell

Dated: February 7, 2022