James A. Barry
jbarry@pogustgoodhead.com
POGUST GOODHEAD, LLC
161 Washington St., Suite 250
Conshohocken, PA 19428
Telephone: (610) 941-4204
Facsimile: (610) 941-4245

*Additional Counsel in Signature Block*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## NEWARK DIVISION

| | |
|---|---|
| RASHAD DEBOSE,<br><br>              Plaintiff,<br><br>     v.<br><br>DUN & BRADSTREET HOLDINGS, INC.,<br><br>              Defendant. | Case No. 2:22-cv-00209 |

## PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff Rashad Debose respectfully informs the Court of additional authority in opposition to Defendant's First Motion to Dismiss (Dkt. 9). Attached hereto as **Exhibit A** is the July 18, 2022, Order denying Defendants The Control Group Media Company, LLC and Instant Checkmate, LLC's motion to dismiss in a similar case, *Camacho, et al. v. The Control Group Media Company, LLC, et al.*, Case No. 21-cv-1954-MMA (S.D. Cal.).

Dated: August 11, 2022      */s/ James A. Barry*
      James A. Barry
      jbarry@pogustgoodhead.com
      POGUST GOODHEAD, LLC
      161 Washington St., Suite 250
      Conshohocken, PA 19428
      Telephone: (610) 941-4204
      Facsimile: (610) 941-4245

Raina Borrelli (*pro hac vice*)
raina@turkestrauss.com
Brittany Resch (*pro hac vice*)
brittanyr@turkestrauss.com
TURKE & STRAUSS LLP
613 Williamson St., Suite 201
Madison, Wisconsin 53703-3515
Telephone: (608) 237-1775
Facsimile: (608) 509-4423

Michael F. Ram (*pro hac vice*)
mram@forthepeople.com
Marie N. Appel (*pro hac vice*)
mappel@forthepeople.com
MORGAN & MORGAN COMPLEX
LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6923

Benjamin R. Osborn (*pro hac vice*)
ben@benosbornlaw.com
102 Bergen Street
Brooklyn, NY 11201
Telephone: (347) 645-0464

*Attorneys for Plaintiff and the Proposed Class*