# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RASHAD DEBOSE,<br><br>Plaintiff,<br><br>vs.<br><br>DUN & BRADSTREET HOLDINGS, INC.,<br><br>Defendant. | Case No: 2:22-cv-00209-ES-JRA<br>Hon. Esther Salas, U.S.D.J.<br>Hon. José R. Almonte, U.S.M.J.<br><br><br><br>**STIPULATION AND CONSENT ORDER<br>EXTENDING THE BRIEFING SCHEDULE<br>ON SUPPLEMENTAL BRIEFING** |

**THIS MATTER** having been brought before the Court by application of Defendant Dun & Bradstreet Holdings, Inc. ("D&B") and Plaintiff Rashad Debose ("Plaintiff" and collectively with D&B as the "Parties"), by and through their counsel, for the entry of a Stipulation and Consent Order extending the briefing schedule set by the Court with respect to the requested supplemental briefing. See ECF No. 52. Defendant having provided his consent, it is hereby stipulated and agreed:

1. On January 17, 2022, Plaintiff filed his Complaint in the United States District Court for the District of New Jersey (ECF No. 1).

2. On March 30, 2022, D&B filed its Motion to Dismiss Plaintiff's Complaint (ECF No. 9).

3. On May 2, 2022, Plaintiff filed his opposition to D&B's Motion to Dismiss (ECF No. 18).

4. On May 23, 2022, D&B filed its reply in further support of its Motion to Dismiss (ECF No. 29).

5. On November 23, 2022, the Court requested supplemental briefing on the First Amendment issues raised by Defendant in its reply and ordered the Clerk of the Court to

administratively terminate D&B's Motion to Dismiss for docket management purposes . ECF No. 52. The Court set Plaintiff's brief due on December 14, 2022, and Defendant's brief due on December 21, 2022.

6. Given simultaneous and substantial deadlines in other cases for both Parties and the Thanksgiving and winter holidays, the Parties agree to extend the briefing schedule.

7. Plaintiff shall file his supplemental brief by January 6, 2023.

8. Defendant shall file its supplemental brief by January 20, 2023.

9. The Parties will limit their supplemental briefs to 25 pages.

10. This application is being made to the Court prior to the date on which the Parties are required to submit their supplemental briefs.

**WHEREAS** the Parties having consented to the substance and entry of this Order; and for good cause having been shown for the entry of this Order;

IT IS on this 1st day of December, 2022;

**ORDERED** that the time in which Plaintiff shall file its 25-page supplemental brief **BE AND IS HEREBY IS** extended up to and including January 6, 2023, and the time in which Defendant shall file its 25-page supplemental brief **BE AND HEREBY IS** extended up to and including January 20, 2023.

                                                                              _____
                                                                              HON. ESTHER SALAS, U.S.D.J.

The undersigned hereby consent to the form and entry of the within Order.

 _/s/James A Barry_                                             _/s/Michael R. O'Donnell_
James A. Barry                                                     Michael R. O'Donnell
POGUST GOODHEAD, LLC                             RIKER DANZIG SCHERER HYLAND

2

| | |
|---|---|
| 505 S. Lenola Rd., Suite 126 | & PERRETTI LLP |
| Moorestown, NJ 08057 | Headquarters Plaza |
| Telephone: (610) 941-4204 | One Speedwell Avenue |
| Facsimile: (610) 941-4245 | Morristown, NJ 07962 |
| jbarry@pogustgoodhead.com | Telephone: (973) 451-8476 |
| | Facsimile: (973)538-1984 |
| Raina Borrelli | |
| Brittany Resch | modonnell@riker.com |
| TURKE & STRAUSS LLP | |
| 613 Williamson St., Suite 201 | Counsel for Defendant |
| Madison, Wisconsin 53703-3515 | Dun & Bradstreet Holdings, Inc. |
| Telephone: (608)237-1775 | |
| Facsimile: (608)509-4423 | Dated: November 30, 2022 |
| raina@turkestrauss.com | |
| brittanyr@turkestrauss.com | |

Benjamin R. Osborn (to be admitted Pro Hac Vice)
102 Bergen St. Brooklyn, NY 11201
Telephone: (347) 645-0464
ben@benosbornlaw.com

Michael F. Ram (to be admitted Pro Hac Vice)
mram@forthepeople.com
MORGAN & MORGAN
 COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6923

Counsel for Plaintiff

Dated: November 30, 2022