James A. Barry
jbarry@pogustgoodhead.com
POGUST GOODHEAD, LLC
505 S. Lenola Rd., Suite 126
Moorestown, NJ 08057
Telephone: (610) 941-4204
Facsimile: (610) 941-4245

*Additional Counsel in Signature Block*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### NEWARK DIVISION

| | |
|---|---|
| RASHAD DEBOSE, | Case No. 2:22-cv-00209 |
| Plaintiff, | Judge Ester Salas |
| v. | Magistrate Judge Jose R. Almonte |
| DUN & BRADSTREET HOLDINGS, INC., | |
| Defendant. | |

### PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff RASHAD DEBOSE respectfully informs the Court of additional authority in opposition to Defendant's First Motion to Dismiss (Dkt. 9). Attached hereto as **Exhibit A** is the March 17, 2023, Order denying Defendant PeopleConnect, Inc.'s motion to compel arbitration or, in the alternative, to dismiss, in a similar case, *Mackey v. PeopleConnect, Inc.*, Case No. 1:22-cv-00342 (N.D. Ill.).

Dated: March 17, 2023          */s/ James A. Barry*
James A. Barry
jbarry@pogustgoodhead.com
POGUST GOODHEAD, LLC
505 S. Lenola Rd., Suite 126
Moorestown, NJ 08057
Telephone: (610) 941-4204
Facsimile: (610) 941-4245

1

Raina Borrelli (*pro hac vice*)
raina@turkestrauss.com
Brittany Resch (*pro hac vice*)
brittanyr@turkestrauss.com
TURKE & STRAUSS LLP
613 Williamson St., Suite 201
Madison, Wisconsin 53703-3515
Telephone: (608) 237-1775
Facsimile: (608) 509-4423

Michael F. Ram (*pro hac vice*)
mram@forthepeople.com
Marie N. Appel (*pro hac vice*)
mappel@forthepeople.com
MORGAN & MORGAN COMPLEX
LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6923

Benjamin R. Osborn (*pro hac vice*)
ben@benosbornlaw.com
102 Bergen Street
Brooklyn, NY 11201
Telephone: (347) 645-0464

*Attorneys for Plaintiff and the Proposed Class*