**Not for Publication**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **RASHAD DEBOSE,** | |
| **Plaintiff,** | **Civil Action No. 22-0209 (ES) (JRA)** |
| **v.** | **ORDER** |
| **DUN & BRADSTREET HOLDINGS, INC.,** | |
| **Defendant.** | |

**SALAS, DISTRICT JUDGE**

Before the Court is defendant Dun & Bradstreet Holdings, Inc.'s ("Defendant") motion to dismiss plaintiff Rashad DeBose's ("Plaintiff") proposed class action complaint (D.E. No. 1 ("Complaint")). (D.E. No. 9-1). Having considered the parties' submissions, having held oral argument on Defendant's motion to dismiss (D.E. No. 105), and for the reasons set forth in the Court's accompanying Opinion,

**IT IS** on this 7th day of March 2025,

**ORDERED** that Defendant's motion to dismiss (D.E. No. 9-1) is **GRANTED**; and it is further

**ORDERED** that Plaintiff's Complaint (D.E. No. 1) is **DISMISSED** *with prejudice*; and it is further

**ORDERED** that the Clerk of Court shall mark this matter **CLOSED**.

<u>s/ Esther Salas</u>
**Esther Salas, U.S.D.J.**